02-11-319-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00319-CV 

 

 




 
 
 In re Carol Ann Gibbons and Virginia Floyd
 
 
  
 
 
 RELATORS
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relators’ petition for writ
of mandamus is denied.

PER CURIAM

 

PANEL: 
MCCOY, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

 

DELIVERED: 
August 29, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).